UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMERICAN AUTOMOBILE INSURANCE
COMPANY, a Missouri corporation,

                         Plaintiff,

Vs

ADVEST, INC., a Delaware corporation,

                         Defendant.

Case No.
08 CV 6488

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK)
COUNTY OF NEW YORK } ss.:

Julio Delara, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and reside at New York, NY:

On July 23, 2008 at 10:48 a.m. at 111 Eighth Avenue, New York, NY 10011, I served the within SUMMONS, COMPLAINT, CIVIL COVER SHEET, STATEMENT OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST, INDIVIDUAL PRACTICES OF JUDGE JOHN G. KOELTL and INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE RONALD L. ELLIS on ADVEST, INC., defendant therein named, by delivering a true copy of same to CT CORPORATION SYSTEM c/o SATTIE JAIRAM, registered agent.

The person served is an Indian female, black hair, 50-60 years old, 5'7"-5'10" in height, 150-160 pounds.

                                                  Julio Delara
                                                  License No. 991178

Sworn to before me this
23rd day of July 2008

NOTARY PUBLIC

**BRUCE LAZARUS**
**NOTARY PUBLIC-STATE OF NEW YORK**
No. 4990593
Qualified in Westchester County
My Commission Expires January 13, 20 /0

*LegalEase, Inc.*

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070 • 800-393-1277 • Fax: 212-393-9796