UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN AUTOMOBILE INSURANCE
COMPANY, a Missouri corporation,

                  Plaintiff,

        - against -

ADVEST, INC., a Delaware corporation,

                  Defendant.

08 Civ. 6488 (JGK)

**NOTICE OF MOTION FOR
PRO HAC VICE ADMISSION**

**PLEASE TAKE NOTICE**, that upon the annexed Affirmation of Philip Touitou, with

exhibits, Plaintiff AMERICAN AUTOMOBILE INSURANCE COMPANY ("AAIC") shall

move this Court before the Honorable John G. Koeltl, U.S.D.J. at the United States Courthouse,

500 Pearl Street, New York, New York, 10007 on a date and time to be set by the court for an

Order pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the

Southern District of New York granting admission *pro hac vice* in this matter to attorneys

Bethany K. Culp and Douglas A. Johns of the firm of Hinshaw & Culbertson LLP, 333 South

Seventh Street, Minneapolis, MN 55402-2431, telephone number (612) 333-3434, fax number

(612) 334-8888 members in good standing of the Bar of the State of Minnesota, on behalf of

Plaintiff AAIC.

- 2 -

      There are no pending disciplinary proceedings against Bethany K. Culp and Douglas A.

Johns in any State or Federal Court.


Dated: New York, New York
       July 30, 2008

                               HINSHAW & CULBERTSON LLP

                               By: _____
                                 PHILIP TOUITOU (PT-4302)
                               *Local Counsel for Plaintiff*
                               780 Third Avenue, 4th Floor
                               New York, New York 10017
                               (212) 471-6200 (Tel.)
                               (212) 935-1166 ) (Fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMERICAN AUTOMOBILE INSURANCE
COMPANY, A Missouri Corporation,

Plaintiff,

-against-

ADVEST, INC., A Delaware Corporation,

Defendant.

08 Civ. 6488 (JGK)

**AFFIRMATION OF PHILIP TOUITOU
IN SUPPORT OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE**

---

PHILIP TOUITOU, being first duly sworn, deposes and says as follows:

1.    I am a partner at Hinshaw & Culbertson LLP, counsel for Plaintiff AMERICAN AUTOMOBILE INSURANCE COMPANY ("AAIC") in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit attorneys Bethany K. Culp and Douglas A. Johns of the Minneapolis office of Hinshaw & Culbertson LLP to appear pro hac vice on behalf of AAIC in this matter.

2.    I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1990. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.    I have known Bethany K. Culp for over 4 years. Ms. Culp is a partner of Hinshaw & Culbertson LLP's Minneapolis, Minnesota office, and is in good standing with the Bar of the Supreme Court of Minnesota. Ms. Culp is a skilled attorney specializing in insurance coverage litigation and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure. A copy of her Certificate of Admission to the Bar of Minnesota is attached hereto as Exhibit A.

4.      I have known Douglas A. Johns for several months. Mr. Johns is a partner of Hinshaw & Culbertson LLP's Minneapolis, Minnesota office, and is in good standing with the Bar of the Supreme Court of Minnesota and the Bar of the Supreme Court of Washington. Mr. Johns is a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure. A copy of his Certificate of Admission to the Bars of Minnesota and Washington are attached hereto as Exhibit B.

5.      Accordingly, I am pleased to move the admission of Bethany K. Culp and Douglas A. Johns pro hac vice to appear in this action.

**WHEREFORE**, it is respectfully requested that the motion for the admission of Bethany K. Culp and Douglas A. Johns pro hac vice to appear in this action on behalf of Plaintiff AAIC in the above-captioned matter be granted.

Dated: New York, New York          Respectfully submitted,
       July 30, 2008

                                   HINSHAW & CULBERTSON LLP

                                   By:_____
                                      Philip Touitou [PT-4302]
                                      780 Third Avenue, 4th Floor
                                      New York, New York
                                      (212) 471-6200 (Telephone)
                                      (212) 935-1166 (Facsimile)

31029222v1 890751

# STATE OF MINNESOTA IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

BETHANY K CULP

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

May 11, 1984

Given under my hand and seal of this court on

July 23, 2008



Fredrick K. Grittner

Clerk of Appellate Courts

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

DOUGLAS ALFRED JOHNS

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

September 25, 2000

Given under my hand and seal of this court on

July 23, 2008

*Fredrick K. Grittner*

Fredrick K. Grittner
Clerk of Appellate Courts



# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

|  |  |  |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 29424 |
|  | ) |  |
| OF | ) | **CERTIFICATE OF GOOD** |
|  | ) |  |
| DOUGLAS ALFRED JOHNS | ) | **STANDING** |
|  | ) |  |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) |  |
|  | ) |  |

I, Ronald R. Carpenter, Clerk of the Supreme Court of the State of Washington, hereby certify

DOUGLAS ALFRED JOHNS

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the

Courts of the State of Washington on November 12, 1999, and is now and has continuously since that date

been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have
hereunto set my hand and affixed
the seal of said Court this 21st day of
July, 2008.

Ronald R. Carpenter
Supreme Court Clerk
Washington State Supreme Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN AUTOMOBILE INSURANCE COMPANY, A Missouri Corporation,<br><br>             Plaintiff,<br><br>-against-<br><br>ADVEST, INC., A Delaware Corporation,<br><br>             Defendant. | 08 Civ. 6488 (JGK)<br><br>**CERTIFICATE OF SERVICE** |

The undersigned certifies that on July 30, 2008, she caused the foregoing **Notice of Motion for *Pro Hac Vice* Admission, Affirmation in Support of Motion and Proposed Order** to be served by having the same mailed in a sealed envelope, with postage prepaid thereon, and having it deposited in an official depository of the United States Postal Service within the State of New York, addressed to the last known address of the addressee indicated below:

             Advest, Inc.
             4 World Trade Center
             New York, NY 10080

Dated: New York, New York
       July 30, 2008

                                                       ALFRAÉ JOHNSON-RAGINS

31029229v1 890751