## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN AUTOMOBILE INSURANCE COMPANY, a Missouri corporation,<br><br>        Plaintiff,<br><br>v.<br><br>ADVEST, INC., a Delaware corporation,<br><br>        Defendant. | Case No.  08-cv-6488<br><br><br><br><br><br><br><br>**AUGUST 11, 2008** |

## <u>APPEARANCE</u>

To the Clerk of the Court and all parties of record:

Please enter my appearance as attorney for the defendant Advest, Inc., in the above-

entitled action.


Dated:  August 11, 2008

Respectfully submitted,

DEFENDANT ADVEST, INC.

By: /s/ Angela M. Scafuri
        Angela M. Scafuri (AS3043)

BRESSLER, AMERY & ROSS, P.C.
325 Columbia Turnpike
Florham Park, New Jersey 07932
(p) 973.514.1200
(f)  973.514.1660
e-mail:  ascafuri@bressler.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of August, 2008, a copy of the foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's ECF system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s/ Angela M. Scafuri_____
Angela M. Scafuri