UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN AUTOMOBILE INSURANCE COMPANY, a Missouri corporation,<br><br>Plaintiff,<br><br>v.<br><br>ADVEST, INC., a Delaware corporation,<br><br>Defendant. | Case No. 08-cv-6488<br><br><br><br><br><br>AUGUST 11, 2008 |

### MOTION FOR EXTENSION OF TIME ON CONSENT

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, the defendant, Advest, Inc. ("Advest"), respectfully requests an extension of time of ten (10) days in which to answer, move or otherwise plead to the plaintiff, American Automobile Insurance Company's ("AAIC"), Complaint, dated July 21, 2008 ("Complaint"), up to and including August 22, 2008.

As good cause for the requested extension of time, Advest submits that, despite its diligence in preparing a response to the Complaint, the additional time is necessary to adequately address the allegations asserted therein. Advest needs the additional time requested in order to fully evaluate and analyze its response to the factual and legal averments of the Complaint.

This is Advest's first request for an extension of time with respect to this matter. Plaintiff's counsel has graciously consented to the requested extension.

**WHEREFORE**, Advest respectfully requests this Court grant this Motion for Extension of Time on Consent, dated August 11, 2008, and extend the deadline for filing a response to the Complaint, up to and including August 22, 2008.

Date: August 11, 2008                    Respectfully submitted,

                                         DEFENDANT ADVEST, INC.

                                         By: /s/ Angela M. Scafuri
                                             Angela M. Scafuri (AS3043)

                                         BRESSLER, AMERY & ROSS, P.C.
                                         325 Columbia Turnpike
                                         Florham Park, New Jersey 07932
                                         (p) 973.514.1200
                                         (f) 973.514.1660
                                         e-mail: ascafuri@bressler.com

## CERTIFICATE OF CONFERENCE

The undersigned, counsel for Advest, conducted a telephone conference with Mr. Philip Touitou, counsel for AAIC, on August 8, 2008 wherein AAIC consented to the Advest's Motion for Extension of Time on Consent.

/s/ Angela M. Scafuri
Angela M. Scafuri (AS3043)

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of August, 2008, a copy of the foregoing Motion for Extension of Time on Consent was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's ECF system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s/ Angela M. Scafuri
Angela M. Scafuri