UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN AUTOMOBILE INSURANCE COMPANY, a Missouri corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ADVEST, INC., a Delaware corporation,<br><br>　　　　　Defendant. | Case No. 08-cv-6488 |

## APPEARANCE

　　To the Clerk of the Court and all parties of record:

　　Please enter my appearance as attorney for the Defendant, Advest, Inc., in the above-entitled action.


Dated: August 12, 2008　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　DEFENDANT ADVEST, INC.

　　　　　　　　　　　　　　　　　　　　　By: /s/ Mark M. Tallmadge
　　　　　　　　　　　　　　　　　　　　　　　Mark M. Tallmadge (MT6598)

　　　　　　　　　　　　　　　　　　　　　BRESSLER, AMERY & ROSS, P.C.
　　　　　　　　　　　　　　　　　　　　　325 Columbia Turnpike
　　　　　　　　　　　　　　　　　　　　　Florham Park, New Jersey 07932
　　　　　　　　　　　　　　　　　　　　　(973) 514-1200
　　　　　　　　　　　　　　　　　　　　　(973) 514-1660
　　　　　　　　　　　　　　　　　　　　　E-mail: mtallmadge@bressler.com