UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN AUTOMOBILE INSURANCE COMPANY, a Missouri corporation,<br><br>            Plaintiff,<br><br>v.<br><br>ADVEST, INC., a Delaware corporation,<br><br>            Defendant. | Case No. 08-cv-6488 |

## APPEARANCE

To the Clerk of the Court and all parties of record:

Please enter my appearance as attorney for the Defendant, Advest, Inc., in the above-entitled action.

Dated: August 12, 2008

Respectfully submitted,

DEFENDANT ADVEST, INC.

By: /s/ Angela M. Scafuri
    Angela M. Scafuri (AS3043)

BRESSLER, AMERY & ROSS, P.C.
325 Columbia Turnpike
Florham Park, New Jersey 07932
(973) 514-1200
(973) 514-1660
E-mail: ascafuri@bressler.com