USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/2008

SCANNED
(JMB 8/01/08)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMERICAN AUTOMOBILE INSURANCE
COMPANY, A Missouri Corporation,

    Plaintiff,

-against-

ADVEST, INC., A Delaware Corporation,

    Defendant.

08 Civ. 6488 (JGK)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

---

Upon the motion of PHILIP TOUITOU, attorney for Plaintiff, AMERICAN AUTOMOBILE INSURANCE COMPANY ("AAIC"), and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| BETHANY K. CULP | DOUGLAS A. JOHNS |
| Hinshaw & Culbertson LLP | Hinshaw & Culbertson LLP |
| 333 South Seventh Street, | 333 South Seventh Street, |
| Minneapolis, MN 55402-2431 | Minneapolis, MN 55402-2431 |
| Tel: (612) 333-3434 | Tel: (612) 333-3434 |
| Fax: (612) 334-8888 | Fax: (612) 334-8888 |
| Email: bculp@hinshawlaw.com | Email: djohns@hinshawlaw.com |

are admitted to practice pro hac vice to argue or try this particular case in whole or in part on behalf of Plaintiff AAIC in the above captioned case. A notation of Ms. Culp's and Mr. Johns's admission pro hac vice will be made on the roll of attorneys.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys. If this action is assigned to the

Electronic Case Filing (EFC) System, counsel shall immediately apply for an EFC password at nysd.uscourts.gov. Counsel shall forward pro hac vice fee to the Clerk of the Court.

Dated: New York, New York
        8/8, 2008

SO ORDERED:

_____
HON. JOHN G. KOELTL, U.S.D.J.

- 2 -