UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN AUTOMOBILE INSURANCE COMPANY, a Missouri corporation, | Civil Action No. 08 CV 6488 (JGK) |
| Plaintiff, | |
| v. | |
| ADVEST, INC., a Delaware corporation, | |
| Defendant. | |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Advest, Inc. makes the following disclosure:

1. Is the corporate party a subsidiary or affiliate of a publicly owned corporation? If the answer is yes, list below the identify of the parent corporation or affiliate and the relationship between it and the named party.

Yes, Advest, Inc. was a wholly owned subsidiary of Advest Group, Inc., which was a wholly owned subsidiary of Merrill, Lynch, Pierce, Fenner & Smith, Inc., a Delaware corporation.

2. Is there a publicly owned corporation or affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation? If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

Yes. Merrill, Lynch, Pierce, Fenner & Smith, Inc. is a publicly held company that indirectly holds 100% of Advest, Inc.

|  |  |
|---|---|
| Dated: August 22, 2008<br>New York, New York | ATTORNEYS FOR DEFENDANT,<br>ADVEST, INC.<br><br>By: /s/ Mark M. Tallmadge<br>    Bar No.: MT6598<br>    mtallmadge@bressler.com<br>    Angela M. Scafuri<br>    Bar No.: AS3043<br>    ascafuri@bressler.com<br><br>    BRESSLER, AMERY & ROSS<br>    A Professional Corporation<br>    17 State Street, 34th Floor<br>    New York, New York 10004<br>    Tel:  212.425.9300<br>    Fax: 212.425.9337 |

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 22nd day of August, 2008, Defendant Advest Inc.'s 7.1 Statement was filed and served by electronic filing, and served by first class mail on any party that is unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Mark. M. Tallmadge
Mark M. Tallmadge
Bar No.: MT6598